UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN ALDANA,<br><br>        Plaintiff,<br><br>    v.<br><br>GOVERNOR JERRY BROWN, et al.,<br><br>        Defendants. | CASE No. 1:11-cv-01288-MJS<br><br>ORDER GRANTING PLAINTIFF'S REQUEST FOR A COPY OF THE COMPLAINT<br><br>(ECF No. 19) |

Plaintiff Ruben Aldana, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983.  On June 3, 2013, the Court dismissed this action, without prejudice, for failure to prosecute.  (ECF Nos. 12 and 13.)  On September 15, 2014, Plaintiff filed a motion seeking a copy of his complaint.  (ECF No. 19.)  The Clerk of the Court is HEREBY ORDERED to provide Plaintiff with a copy of the Complaint (ECF No. 1).

IT IS SO ORDERED.

Dated:   September 18, 2014         /s/ *Michael J. Seng*
                                   UNITED STATES MAGISTRATE JUDGE

1